**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| MARIO OAXACA RAMIREZ, | ) No. CV 07-1444-PHX-SMM (JM) |
| Plaintiff, | ) **NOTICE OF ERRATA** |
| vs. | ) |
| TOERS BIJINS, et al., | ) |
| Defendants. | ) |

On March 27, 2009, Magistrate Judge Jacqueline J. Marshall issued a Report and Recommendation in the present case that is now pending before this Court (Doc. 11). Upon review of the Report and Recommendation, the Court noted that the incorrect case number was given at the end for filing objections. However, the correct case number appeared in the caption of the Report and Recommendation.

In an effort to correct this mistake, the parties are hereby notified that the correct case number for filing objections to the Report and Recommendation is **CV 07-1444-PHX-SMM**.

DATED this 9th day of April, 2009.

Stephen M. McNamee
United States District Judge