**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARIO OAXACA RAMIREZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TOERS BIJINS, et al.,<br><br>　　　　Respondent, | No. CV 07-1444-PHX-SMM (JJM)<br><br>**ORDER** |

Before the Court is Petitioner's Motion for Extension of Time (Doc. 14). Petitioner requests a forty-five day extension to respond to the Magistrate Judge's Report and Recommendation because he is presently in solitary confinement without access to the law library or paralegal assistance.

Good cause appearing,

**IT IS HEREBY ORDERED** granting in part Petitioner's Motion for Extension of Time (Doc. 14). The Court will grant the Petitioner a thirty-day extension. The deadline for Petitioner to file his objection to the Report and Recommendation is extended to **Friday, May 15, 2009**.

DATED this 15th day of April, 2009.

_____
Stephen M. McNamee
United States District Judge